# SUPREME COURT OF WISCONSIN

| | |
|---|---|
| CASE No.: | 2018AP651-CR |

| | |
|---|---|
| COMPLETE TITLE: | State of Wisconsin,<br>　　　　　Plaintiff-Respondent-Cross Petitioner,<br>　　v.<br>Kelly James Kloss,<br>　　　　　Defendant-Appellant-Petitioner. |

REVIEW OF DECISION OF THE COURT OF APPEALS
Reported at 386 Wis. 2d 314,925 N.W.2d 563
PDC No:2019 WI App 13 - Published

| | |
|---|---|
| OPINION FILED: | March 6, 2020 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | October 14, 2019 |

| | |
|---|---|
| SOURCE OF APPEAL: | |
| COURT: | Circuit |
| COUNTY: | St. Croix |
| JUDGE: | Eugene D. Harrington |

JUSTICES:
PER CURIAM.

REBECCA GRASSL BRADLEY and DANIEL KELLY, JJ., dissent.
NOT PARTICIPATING:

ATTORNEYS:

For the plaintiff-respondent-cross petitioner, there were briefs filed by *Lisa E.F. Kumfer*, assistant attorney general, with whom on the brief was *Joshua L. Kaul*, attorney general. There was an oral argument by *Lisa E.F. Kumfer*.

For the defendant-appellant-petitioner, there were briefs filed by *Steven L. Miller* and *Miller Appellate Practice, LLC,* River Falls. There was an oral argument by *Steven L. Miller*.

No. 2018AP651-CR
(L.C. No. 2014CF465)

STATE OF WISCONSIN          :        IN SUPREME COURT

**State of Wisconsin,**

       **Plaintiff-Respondent-Cross Petitioner,**

  **v.**

**Kelly James Kloss,**

       **Defendant-Appellant-Petitioner.**

NOTICE

**This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.**

**FILED**

**MAR 6, 2020**

Sheila T. Reiff
Clerk of Supreme Court

REVIEW of a decision of the Court of Appeals. *Dismissed as improvidently granted.*

¶1 PER CURIAM. Kelly Kloss and the State cross-petitioned for review of the decision of the court of appeals, State v. Kloss, 2019 WI App 13, 386 Wis. 2d 314, 925 N.W.2d 563. After reviewing the record and the briefs of both parties, and after hearing oral arguments, we conclude this matter should be dismissed as improvidently granted.

¶2    *By the Court.*—The review of the decision of the court of appeals is dismissed as improvidently granted.

¶3    REBECCA GRASSL BRADLEY and DANIEL KELLY, JJ., dissent.